UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | Case No. 2:19-cv-00801-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| MIKE DIAL, et al., | |
| Defendants. | |

Because the parties have not filed a joint status report, the status (pretrial) scheduling) conference set for September 12, 2019 is VACATED and RESET for October 10, 2019 at 2:30 p.m. in Courtroom 3 before District Judge Kimberly J. Mueller. The parties shall file a joint status report no less than seven days prior to the status conference. Failure to timely file a joint status report may result in the court imposing sanctions.

Further, plaintiff's desire for an expeditious resolution of this matter, while understandable, does not satisfy the court that plaintiff's motion for leave to serve defendant Dial by publication must be heard on an ex parte basis and cannot be noticed on the court's motion calendar as provided by Local Rule 230. ECF No. 8 (motion); ECF No. 3.-1 at 5 (standing order). The ex parte application is DENIED, without prejudice to plaintiff refiling as a noticed motion.

IT IS SO ORDERED.

DATED: September 6, 2019.

UNITED STATES DISTRICT JUDGE

1