1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NEW YORK LIFE INSURANCE                    No. 2:19-cv-801-KJM-EFB
     COMPANY,
12
                      Plaintiff,
13                                              ORDER
             v.
14
     MIKE DIAL, an individual; EDDY G.
15   BUVERT, an individual; and CATHOLIC
     FUNERAL AND CEMETERY
16   SERVICES OF THE DIOCESE OF
     SACRAMENTO, a California non profit
17   religious corporation,

18                    Defendants.

19

20          Plaintiff New York Life Insurance Company's motion for entry of default judgment was

21   submitted for decision without oral argument by the magistrate judge on May 11, 2020.  The

22   matter was referred to the magistrate judge as provided by Local Rule 302(c)(19) and 28 U.S.C.

23   § 636(b)(1).

24          On August 17, 2020, the magistrate judge filed findings and recommendations, ECF

25   No. 42, which contained notice to the parties that any objections to the findings and

26   recommendations were to be filed within fourteen days.  The parties do not oppose the findings

27   and recommendations, but they did file objections on August 19, 2020 requesting the court

28   correct the certificate number for the insurance policy.  Objections, ECF No. 43.

                                                  1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed August 17, 2020, are adopted with the exception of page six, line two.  That line should identify the policy number as A57 988 46, not A87 776 71.

2.  New York Life Insurance Company's motion for default judgment against defendant Dial, ECF No. 32, is granted.

3.  New York Life Insurance Company is discharged from any and all liability to defendant Mike Dial relating to AARP life insurance certificate number A57 988 46, which was issued by the New York Life Insurance Company to Eugene Lawlor.

4.  The court approves the stipulation between New York Life Insurance Company, Eddy Buvert, and CFCS, ECF No. 41, and orders that:

a.  New York Life Insurance Company is awarded attorneys' fees and costs in the amount of $5,000;

b.  New York Life Insurance Company is directed pay to CFCS the remaining balance on the Death Benefit, in the amount of ninety-five thousand dollars ($95,000.00);

c.  Defendants Buvert and CFCS are enjoined from instituting or prosecuting any proceeding in any State or United States court affecting the Death Benefit and/or the Policy;

d.  Upon payment of the Death Benefits Registry, New York Life Insurance Company is discharged of all liability relating to payment of the Death Benefit, interest due thereon, or otherwise in connection with the Policy; and

/////

/////

2

1        e.  Upon payment of the Death Benefits, any and all claims raised or that

2    could have been raised against New York Life Insurance Company relating to the Death Benefit,

3    interest due thereon, or otherwise in connection with the Policy are dismissed with prejudice.

4    DATED:  February 23, 2021.

5

6    _____

7    CHIEF UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28